UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 8-4th FLOOR

## CRIMINAL MINUTES

**Court Proceedings:** Change of Plea Hearing, Wednesday, April 30, 2014
**Case Number:** CR 13-00690-LHK

**Courtroom Deputy Clerk:** Martha Parker Brown        Time in Court: 15 minutes
**Court Reporter:** Lee-Anne Shortridge

**TITLE:    UNITED STATES OF AMERICA v. JAMAL RAPHAEL BROUSSARD**

   **Attorneys Present:**        Amie Rooney for United States of America
                                  Robert Carlin for Jamal Rapahel Broussard

PROCEEDINGS:

    Hearing held. Counsel are present. Defendant is present in custody.
    The defendant was sworn and entered a plea of guilty to Counts 3 and 4 of the Indictment. A plea agreement was executed in open Court.
    The defendant is referred to United States Probation office for preparation of a PreSentence Report. The matter is continued to Wednesday, August 13, 2014 at 9:30 a.m. for Sentencing.
    Court is adjourned.