# United States District Court

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number:
) 0971 5:13CR00690-001 EJD
)
Jamal Raphael Broussard )
)

**ORDER MODIFYING CONDITIONS OF RELEASE PENDING VIOLATION**

**PROCEEDINGS**

Modification of the undersigned's release order at Dkt. 51 as adopted by the District Judge at Dkt. 54, was referred to the undersigned by the District Judge.  Dkt. 56.  Accordingly, a bail review hearing was held on April 16, 2026.  Defendant appeared and was represented by Shane Kelly;  AUSA Neal Hong and Probation Officer Xitlalli Bobadilla also appeared.  Defendant submitted a written motion for modification of release terms (Dkt. 57) and the Court heard oral argument for all Parties.

For the reasons stated on the record, Defendant's terms of release pending violation proceedings are modified as follows:

- Home detention restriction is removed.
- You must participate in the Location Monitoring Program as directed by the probation officer while violation proceedings are pending and be monitored by location monitoring technology at the discretion of the probation officer.
- Location monitoring must be utilized to verify your compliance with a curfew while on the program. You are restricted to your residence every day from 10:30p.m. to 6:00a.m. to allow for employment and child-care requirements.  Location monitoring fees are waived.

- Verification of employment is to be provided promptly to the probation officer.

The Court set a further bail review hearing for **June 10, 2026 at 1:30 p.m.** before the undersigned.

Date: April 17, 2026

Susan van Keulen
United States Magistrate Judge